IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

DOCKET NO.3:08mc142

| | |
|---|---|
| IN RE: REAL PROPERTY LOCATED AT CANNON'S GATE, CARTERET COUNTY, NORTH CAROLINA, AS MORE PARTICULARLY DESCRIBED IN A DEED RECORDED AT BOOK 1147, PAGE 225, IN THE CARTERET COUNTY PUBLIC REGISTRY<br><br>FILE IN GRANTOR INDEX UNDER:<br>Jerry Holmes | **ORDER RELEASING ORDER AND LIS PENDENS** |

THIS MATTER is before the Court on the Government's Motion for Order to Release Order and Lis Pendens.

The Government represents that there is insufficient equity in the subject property to warrant completing forfeiture.

For good cause shown, IT IS THEREFORE ORDERED THAT the Order and Lis Pendens as to the following property in this case is hereby dismissed:

**Real Property located at Cannon's Gate, Carteret County, North Carolina, as more particularly described in a deed recorded at Book 1147, Page 225, in the Carteret County Public Registry.**

The Government is directed to file a certified copy of this Order Releasing Order and Lis Pendens in the appropriate office of the Register of Deeds or Clerk of Court.

**SO ORDERED**.   Signed: July 12, 2011

David S. Cayer
United States Magistrate Judge